LUDLOW MANUFACTURING & SALES
CO., Appellant, v. DOLPHIN JUTE
MILLS, Inc.

No. 8474.

Circuit Court of Appeals, Third Circuit.

Argued March 9 and 10, 1944.

Decided Dec. 1, 1944.

Leslie B. Young, of New York City (Joseph G. Young, of Newark, N. J., and Pennie, Davis, Marvin & Edmonds, of New York City, on the brief), for appellant.

William S. Pritchard, of New York City (John W. Steward, of Paterson, N. J., Harry H. Levin, of New York City, and John W. Steward, of Paterson, N. J., on the brief), for appellee.

Before BIGGS, JONES, and Mc-LAUGHLIN, Circuit Judges.

PER CURIAM.

After study of the briefs and the record in this case we see no occasion for further discussion of the valid reasons cogently and clearly set forth in the opinion of Judge Smith, 50 F.Supp. 395, for declaring the claims of the patent sub judice to be invalid. Accordingly, the judgment of the District Court is affirmed.

QUAKER RUBBER CORPORATION, Petitioner, v. COMMISSIONER OF INTERNAL REVENUE, Respondent.

No. 8696.

Circuit Court of Appeals, Third Circuit.

Argued Nov. 20, 1944.

Decided Nov. 22, 1944.

Osborne Mitchell, of Youngstown, Ohio (John W. McPherson, of Philadelphia, Pa., and Mitchell & Mitchell, of Youngstown, Ohio, on the brief), for petitioner.

Leonard Sarner, of Washington, D. C. (Samuel O. Clark, Jr., Asst. Atty. Gen., and Sewall Key, Robert N. Anderson, and Irving R. Panzer, Sp. Assts. to Atty. Gen., on the brief), for respondent.

Before MARIS and GOODRICH, Circuit Judges, and SCHOONMAKER, District Judge.

PER CURIAM.

For the reasons sufficiently and satisfactorily set forth in the opinion of Judge Mellott, 3 T.C. 508, the decision of the Tax Court is affirmed.

Thad Benson CARTER, Appellant, v. George A. KUBLER, Appellee.

No. 9738.

Circuit Court of Appeals, Sixth Circuit.

Nov. 6, 1944.

Elmer McClain, of Lima, Ohio, for appellant.

T. W. Kimber, of Akron, Ohio, for appellee.

Before HICKS, SIMONS, and ALLEN, Circuit Judges.

PER CURIAM.

The court being unable to perceive that fundamentally any issue is raised by the appeal other than or essentially different from that decided by us in Carter v. Kubler, 6 Cir., 131 F.2d 222, with decision affirmed in Carter v. Kubler, 320 U.S. 243, 64 S.Ct. 1, and concluding that at some point there must be an end to litigation and a recognition of final adjudication, it is the judgment of the court that the orders and decree below should be, and they are in all respects, affirmed.